■ PAUL DOMINGUEZ, Appellant, v IAN REISNER, Respondent. [998 NYS2d 878]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Shirley Werner Kornreich, J.), entered on or about May 20, 2014, and said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated December 30, 2014, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Mazzarelli, J.P., Renwick, DeGrasse, Richter and Clark, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS FRAZIER, Appellant. [998 NYS2d 631]—

Order, Supreme Court, New York County (Charles H. Solomon, J.), entered on or about October 30, 2013, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion in declining to grant a downward departure (*see People v Gillotti*, 23 NY3d 841, 861 [2014]). The mitigating factors cited by defendant did not warrant a departure when viewed in light of defendant's criminal history and the seriousness of the underlying crime. Concur—Mazzarelli, J.P., Renwick, DeGrasse, Richter and Clark, JJ.